**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2021-CA-1156

Rusten May, Bryan Boudreaux, John D. Lewis, III, Eric
Jackson and Albert J. Walker

- - Versus - -

Lane Carson, in His Capacity as Secretary of the Louisiana
Department of Veterans Affairs, and the State of Louisiana
through the Department of Veterans Affairs through its
State Director of Veterans Affairs, Bill Dixon

19th Judicial District Court
Case #: 624049
East Baton Rouge Parish

On Application for Rehearing filed on 08/14/2022 by John Lewis, III and Bryan Boudreaux

Rehearing _____ DENIED _____

_____
J. Michael McDonald

_____
Walter I. Lanier III

_____
Elizabeth Wolfe

Date **AUG 1 6 2022** _____

_____
Rodd Naquin, Clerk